UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-fee System GmbH,<br><br>         Plaintiff,<br><br>    v.<br><br>Nespresso USA, Inc., Nestlé Holdings, Inc. d/b/a Nestlé USA, Inc., and Nestlé S.A.,<br><br>         Defendants. | Case No. 2:21-cv-3402 GW(AGRx)<br><br>**JOINT STIPULATION TO ADJUST CASE SCHEDULE** |

Pursuant to the Court's August 27, 2021 Order continuing the *Markman* hearing in this matter to March 3, 2022, and continuing the *Markman* briefing schedule by an equivalent six-week period (Dkt. 47), the Parties hereby stipulate to adjusting the other *Markman*-related deadlines set forth in the Court's Scheduling Order (Dkt. 41) as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange Proposed Claim Terms for Construction | October 6, 2021 | November 2, 2021 |
| Exchange Proposed Constructions | October 13, 2021 | November 9, 2021 |
| Expert Reports | October 27, 2021 | November 23, 2021 |
| Close of Claim Construction Discovery | November 10, 2021 | December 7, 2021 |
| Joint Statement | November 24, 2021 | December 21, 2021 |

DATED: September 20, 2021

| | |
|---|---|
| */s/ Yuri Mikulka*<br>Yuri Mikulka (SBN 185926)<br>Caleb Bean (SBN 299751)<br>ALSTON &BIRD LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br>yuri.mikulka@alston.com<br>caleb.bean@alston.com<br><br>Theodore Stevenson III<br>(Admitted *Pro Hac Vice*)<br>ALSTON & BIRD LLP<br>2200 Ross Ave, Suite 2300<br>Dallas, Texas 75201<br>Telephone:  (214) 922-3400<br>Facsimile:   (214) 922-3899<br>ted.stevenson@alston.com<br><br>*Attorneys for Plaintiff*<br>*K-fee System GmbH* | */s/ Wayne Barsky*<br>Wayne Barsky, SBN 116731<br>GIBSON, DUNN & CRUTCHER LLP<br>WBarsky@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Y. Ernest Hsin, SBN 201668<br>EHsin@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8224<br>Facsimile: (415) 374-8436<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Christine L. Ranney, SBN 295773<br>cranney@gibsondunn.com<br>GIBSON DUNN<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>Telephone: (303) 298-5700<br>Facsimile: (303) 298-5907<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Andrew Philip Blythe, SBN 321867<br>ablythe@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>Facsimile: (949) 451-422<br><br>*Attorneys for Defendant Nespresso USA, Inc.* |

<u>ATTESTATION OF AUTHORIZATION</u>

Pursuant to Central District Local Rule 5-4.4(a)(2)(i), the filer of the document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 20, 2021            <u>*/s/ Wayne Barsky*            </u>
                                                              Wayne Barsky

                                                *Attorneys for Defendant Nespresso USA, Inc.*