UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-fee System GmbH,<br><br>        Plaintiff,<br><br>   v.<br><br>Nespresso USA, Inc., Nestlé Holdings, Inc. d/b/a Nestlé USA, Inc., and Nestlé S.A.,<br><br>        Defendants. | Case No. CV 21-3402-GW-AGRx<br><br>**FINAL JUDGMENT OF NONINFRINGEMENT** |

Having granted Defendant Nespresso USA, Inc.'s ("Nespresso") Motion for Summary Judgment of Noninfringement, and for the reasons stated in the Court's now final ruling (Dkt. No. 209) it is **HEREBY ORDERED, ADJUDGED, AND DECLARED** that:

(1) Final judgment of noninfringement of U.S. Patent Nos. 10,858,176, 10,858,177, and 10,870,531 is entered in favor of Nespresso and against Plaintiff K-fee System GmbH ("K-fee");

(2) K-fee shall take nothing by its Complaint; and,

(3) as the prevailing party, Nespresso is awarded its costs.

Dated: June 23, 2022

_____
Hon. George H. Wu
United States District Judge