UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| K-fee System GmbH, | Case No. CV 21-3402-GW-AGRx |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF NONINFRINGEMENT** |
| v. | |
| Nespresso USA, Inc., Nestlé Holdings, Inc. d/b/a Nestlé USA, Inc., and Nestlé S.A., | |
| Defendants. | |

Having granted Defendant Nespresso USA, Inc. ("Nespresso")'s Motion for Summary Judgment of Noninfringement, and for the reasons stated in the Court's now final ruling (Dkt. No. 209) it is **HEREBY ORDERED, ADJUDGED, AND DECLARED** that:

(1) The Court's June 23, 2022 judgment (Dkt. 214) is vacated;

(2) Final judgment of noninfringement of U.S. Patent Nos. 10,858,176, 10,858,177, and 10,870,531 is entered in favor of Nespresso and against Plaintiff K-fee System GmbH ("K-fee") on K-fee's claims of infringement;

(3) Nespresso's declaratory judgment counterclaims are hereby dismissed without prejudice as moot;

(4) K-fee shall take nothing by its Complaint; and,

(5) As the prevailing party, Nespresso is awarded its costs.

Dated: June 28, 2022

_____
Hon. George H. Wu
United States District Judge