

RECEIVED
CLERK, U.S. DISTRICT COURT

2/29/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**K-FEE SYSTEM GMBH,**
*Plaintiff-Appellant*

**v.**

**NESPRESSO USA, INC.,**
*Defendant-Appellee*

―――――――――――

**2022-2042**

―――――――――――

Appeal from the United States District Court for the Central District of California in No. 2:21-cv-03402-GW-AGR, Judge George H. Wu.

―――――――――――

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

―――――――――――

Before MOORE, *Chief Judge*, LOURIE, CLEVENGER[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

―――――――――――

[1]    Circuit Judge Clevenger participated only in the decision on the petition for panel rehearing.

[2]    Circuit Judge Newman did not participate.

2                          K-FEE SYSTEM GMBH v. NESPRESSO USA, INC.

PER CURIAM.

# O R D E R

Nespresso USA, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue March 7, 2024.

FOR THE COURT

February 29, 2024
Date

Jarrett B. Perlow
Clerk of Court