RECEIVED
CLERK, U.S. DISTRICT COURT

3/7/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MAT _____ DEPUTY

# United States Court of Appeals
# for the Federal Circuit

---

### K-FEE SYSTEM GMBH,
*Plaintiff-Appellant*

v.

### NESPRESSO USA, INC.,
*Defendant-Appellee*

---

### 2022-2042

---

Appeal from the United States District Court for the Central District of California in No. 2:21-cv-03402-GW-AGR, Judge George H. Wu.

---

### MANDATE

---

In accordance with the judgment of this Court, entered December 26, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 7, 2024
Date