JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-fee System GmbH,<br><br>Plaintiff,<br><br>v.<br><br>Nespresso USA, Inc., Nestlé Nespresso S.A., and Société des Produits Nestlé S.A.,<br><br>Defendants. | Case No.  **CV 21-3402-GW-AGRx**<br>CV 22-525-GW-AGRx<br>CV 22-9295-GW-AGRx<br>(CONSOLIDATED)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

AND NOW, this 9th day of July, 2025, upon consideration of the parties' Joint Stipulation to Dismiss, IT IS HEREBY ORDERED that said Stipulation is GRANTED. This consolidated action (Case Nos. CV 21-3402-GW-AGRx, CV 22-525-GW-AGRx, and CV 22-9295-GW-AGRx), including all claims, counterclaims, and defenses, is DISMISSED WITH PREJUDICE.

Each party is to bear its own costs and fees.

IT IS SO ORDERED.

_____
HON. GEORGE H. WU,
United States District Judge